# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0329
Lower Tribunal No. 2023-CF-001202-A-O

_____

ALTORIA FAWNDAZIO COLLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John Marshall Kest, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED